UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GEORGE BOYD,<br><br>                              Plaintiff,<br><br>-against-<br><br>McDONALD'S RESTARANT,<br><br>                              Defendant. | 1:21-CV-7030 (LTS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued September 20, 2021, dismissing this action for lack subject matter jurisdiction,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 23, 2021
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                 Chief United States District Judge